IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 4:10cv2070 SWW |
| CRYE-LEIKE, INC., and | * * | |
| CRYE-LEIKE OF ARKANSAS, INC. D/B/A BANKERS ASSET MANAGEMENT, | * * * * | |
| Defendants. | * | |

## ORDER

The motion [doc.#2] of the United States Equal Employment Opportunity Commission (EEOC) to admit *pro hac vice* Markeisha K. Savage to appear as an additional attorney of record for and on behalf of the EEOC is hereby granted.

IT IS SO ORDERED this 12th day of January 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE