IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 4:10cv2070 SWW |
| CRYE-LEIKE, INC., and CRYE-LEIKE OF ARKANSAS, INC. d/b/a BANKERS ASSET MANAGEMENT, | * * * * * | |
| Defendants. | * | |

ORDER

Without objection, the motion [doc.#12] of Rosalind Brown, Lisa Martin, Kenya Ransom, Brandy Robinson, Viki Holcomb, and Stephanie Harvill to intervene as parties in this action is hereby granted.

IT IS SO ORDERED this 1st day of April 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE