IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * * | |
| ROSALIND BROWN, LISA MARTIN, KENYA A. RANSOM, BRANDY ROBINSON, VICKI HOLCOMB, and STEPHANIE HARVILL, | * * * * * | |
| Plaintiff-Intervenors, | * | |
| vs. | * * * | No. 4:10cv2070 SWW |
| CRYE-LEIKE, INC., and CRYE-LEIKE OF ARKANSAS, INC. d/b/a BANKERS ASSET MANAGEMENT, | * * * * * | |
| Defendants. | * | |

## ORDER

The Equal Employment Opportunity Commission's (EEOC) response to the joint motion for summary judgment for failure of EEOC to conciliate in good faith [doc.#17] filed by defendants, Crye-Leike and Crye-Leike of Arkansas, Inc. d/b/a Bankers Asset Management, and intervening plaintiffs, Rosalind Brown, Lisa Martin, Kenya Ransom, Brandy Robinson, Vicki Holcomb, and Stephanie Harvill, must be filed within fourteen (14) days from the date of entry of this Order. The Court will issue an Initial Scheduling Order in due course.

IT IS SO ORDERED this 13th day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE