IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * | |
| Plaintiff, | * * | |
| ROSALIND BROWN, LISA MARTIN, KENYA A. RANSOM, BRANDY ROBINSON, VICKI HOLCOMB, and STEPHANIE HARVILL, | * * * * * | |
| Intervening Plaintiffs, | * | |
| vs. | * * * | No. 4:10-cv-02070-SWW |
| CRYE-LEIKE, INC., and CRYE-LEIKE OF ARKANSAS, INC. d/b/a BANKERS ASSET MANAGEMENT, | * * * * | |
| Defendants. | * | |

ORDER

By Order entered August 19, 2011 [doc.#59], the Court stayed this action for a period of 60 days to permit the parties–the Equal Employment Opportunity Commission and Defendants Crye-Leike, Inc. and Crye-Leike of Arkansas, Inc. d/b/a Bankers Asset Management–to return to conciliation. The 60 days having expired, the Court hereby lifts the stay and returns this action to the active docket. The Court directs the parties, either jointly or separately, to apprise the Court of the status of this action no later than October 31, 2011.

IT IS SO ORDERED this 21st day of October 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE