IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * | |
| Plaintiff, | * * | |
| ROSALIND BROWN, LISA MARTIN, KENYA A. RANSOM, BRANDY ROBINSON, VICKI HOLCOMB, and STEPHANIE HARVILL, | * * * * * | |
| Intervening Plaintiffs, | * | |
| vs. | * * * | No. 4:10-cv-02070-SWW |
| CRYE-LEIKE, INC., and CRYE-LEIKE OF ARKANSAS, INC. d/b/a BANKERS ASSET MANAGEMENT, | * * * * | |
| Defendants. | * | |

ORDER

By Order entered August 19, 2011 [doc.#59], the Court stayed this action for a period of 60 days to permit the parties–the Equal Employment Opportunity Commission and Defendants Crye-Leike, Inc. and Crye-Leike of Arkansas, Inc. d/b/a Bankers Asset Management–to return to conciliation. At the expiration of the 60-day period, the Court lifted the stay and directed the parties to apprise the Court of the status of this action.

Following further proceedings, the parties, on January 3, 2012, timely filed a status report [doc.#63] stating that the Commission and Crye-Leike have made significant progress towards an ultimate resolution of this case, and anticipate that the case will be fully resolved in the near future. The parties state that in order to continue facilitation of the settlement of this case, the parties request that the Court grant the Defendants an additional ninety (90) days in which to submit their Reply to Plaintiff's Response to Defendants' Motion for Partial Judgment on the

Pleadings [doc.#53].

In light of the parties' status report, the Court, rather than extending defendants' time in which to submit their reply, will deny without prejudice Defendants' Motion for Partial Judgment on the Pleadings [doc.#53].[1]  The Court directs that the parties immediately notify the Court if and when they reach a full resolution of this case or file a status report within ninety (90) days of the entry of this Order apprising the Court of the status of this action.

IT IS SO ORDERED this 5th day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Because of its age, this motion will soon appear on a Civil Justice Reform Act report.  Should settlement ultimately prove unsuccessful, defendants' may refile their Motion for Partial Judgment on the Pleadings in the same or revised manner.